UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-21495-LEIBOWITZ

RINALDI ENTERPRISES
OF FLORIDA, LLC,

    *Plaintiff*,

v.

UNITED STATES FIRE
INSURANCE COMPANY,

    *Defendant*.

_____/

## ORDER

    **THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice [ECF No. 93], filed on October 23, 2024. Accordingly, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice*. *The Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in the Southern District of Florida on October 23, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record